# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, <br> For the use and benefit of TL HILL <br> CONSTRUCTION, LLC, a Florida <br> limited liability company, | * <br> * <br> * <br> * <br> * | |
| Plaintiff, | * <br> * | |
| vs. | * <br> * | CV 209-209 |
| OHIO FARMERS INSURANCE CO., <br> an Ohio corporation; and SPENSIERI <br> PAINTING, LLC, a foreign limited <br> liability company, | * <br> * <br> * <br> * <br> * | |
| Defendants. | * | |

## ORDER

Plaintiff, TL Hill Construction, LLC ("Hill") initiated this lawsuit to recover an unpaid sum related to a contract to perform painting and repair work. Hill, a subcontractor, sought recovery from its general contractor, Spensieri Painting, LLC ("Spensieri"), and Spensieri's bonding company, Ohio Farmers Insurance Company ("Ohio Farmers"). Following discovery, Hill's counsel of record filed a properly supported motion to withdraw. The Court granted counsel's motion on October 10, 2011, and ordered withdrawing counsel to provide the Court with a valid

address for Hill. Dkt. No. 30. The Court made it clear in its order that Hill, as a corporation, must be represented by counsel. Id. (citing 28 U.S.C. § 1654; Rowland v. Cal. Men's Colony, 506 U.S. 194, 202 (1994)). The Court ordered Hill to obtain new counsel within thirty (30) days. In efforts to ensure that Hill was on notice of the posture of its case, the Court mailed notice to Hill at the addresses provided by withdrawing counsel.

Hill has been completely silent in the eight months since it was ordered to obtain new counsel. Defendants Spensieri and Ohio Farmers have moved to dismiss Hill's claims for failure to comply with the Court's order to obtain counsel. Dkt. No. 32. Hill failed to respond to Defendants' motion. The Court held a hearing on Defendants' motion at 3:00 p.m. on June 25, 2012 in Brunswick, Georgia. Hill failed to appear at the hearing, through counsel, through a corporate representative, or in any form.

Due to Hill's failure to obtain counsel, Hill's failure to comply with the Court's order, Hill's failure to respond to Defendant's motion, Hill's failure to appear at the scheduled hearing, and Hill's failure to prosecute the case, the Court finds dismissal of Hill's lawsuit appropriate at this time. Accordingly, pursuant to Federal Rule of Civil Procedure 41(b), Plaintiff Hill's claims against Defendants Spensieri and Ohio

Farmers are **DISMISSED** in their entirety with prejudice. The Clerk is directed to close the case and **ENTER FINAL JUDGMENT** in favor of Defendants on all claims.

**SO ORDERED**, this 26th day of June, 2012.

/s/ Lisa Godbey Wood
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA